MELINDA HAAG (CABN 132612)
United States Attorney

MIRANDA KANE (CABN 150630)
Chief, Criminal Division

CAROLYNE A. SANIN (DCBN 499564)
Special Assistant United States Attorney
   150 South Almaden Boulevard, Suite 900
   San Jose, California 95113
   Telephone: (408) 535-5596
   Facsimile: (408) 535-5066
   carolyne.sanin@usdoj.gov

Attorneys for the United States

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| UNITED STATES OF AMERICA, | ) | NO. CR 11-mj-71156 PSG |
|---|---|---|
| Plaintiff, | ) | |
| | ) | **NOTICE OF DISMISSAL AND** |
| v. | ) | **[PROPOSED] ORDER** |
| | ) | |
| RAFAEL ULLOA-AGRAZ, | ) | |
| Defendant. | ) | |

     With leave of the Court, and pursuant to Federal Rule of Criminal Procedure 48(a), the United States Attorney for the Northern District of California dismisses the above-captioned complaint without prejudice.

DATED: October 14, 2011          Respectfully submitted,

                                         MELINDA HAAG
                                         United States Attorney

                                             /S/
                                       CAROLYNE A. SANIN
                                       Special Assistant United States Attorney

1
2
3
## [~~PROPOSED~~] ORDER
4
The Court hereby grants the government leave to dismiss the complaint without prejudice.
5
6  DATED:"3213914233                          _____
                                              PAUL S. GREWAL
7                                             United States Magistrate Judge

8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26